# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON J. MAGDALENO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY ERWIN, et al.,<br><br>Defendants. | 1: 04 CV F 5726 REC DLB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Document 52) |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 15, 2005, the Court granted Plaintiff's motion to file an amended complaint. Plaintiff has advised the Court that he is currently incarcerated and seeks an extension of time to file the third amended complaint.

Good cause appearing, Plaintiff's motion is GRANTED. Plaintiff shall file his third amended complaint within 30 days of service of this Order.

IT IS SO ORDERED.

**Dated:   May 31, 2005**           /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

1