# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON J. MAGDALENO, | ) | 1:04 CV F 5726 REC DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS RE DISMISSAL OF |
| v. | ) | ACTION FOR FAILURE TO OBEY A COURT |
| | ) | ORDER AND DIRECTING ENTRY OF |
| NANCY ERWIN, et al., | ) | JUDGMENT FOR DEFENDANTS |
| | ) | [DOC 54] |
| Defendants. | ) | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 17, 2004.

On July 25, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days. No party has filed timely objections to the Findings and Recommendations.

The court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the Magistrate Judge's analysis.

ACCORDINGLY:

1. The Findings and Recommendations filed July 25, 2005, are adopted in full; and

2. This action is dismissed based on plaintiff's failure to obey the court's order of March 15, 2005.

3. The Clerk of the Court is directed to enter judgment for defendants.

IT IS SO ORDERED.

**Dated:  October 17, 2005**  	    /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE